IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:20-CR-62-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| EDUARDO TOVAR-ZAPATA, | ) | |
| | ) | |
| Defendant. | ) | |

The court DENIES as meritless and untimely defendant's motion for a role reduction [D.E. 42]. Cf. [D.E. 39, 40].

SO ORDERED. This 19 day of February, 2026.

JAMES C. DEVER III
United States District Judge